B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tennessee Telephone Service, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**62-1810922** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**220 Creekside Drive**<br>**Dickson, TN**<br>ZIP Code **37055** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dickson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tennessee Telephone Service, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tennessee Telephone Service, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Phillip G. Young, Jr.**
Signature of Attorney for Debtor(s)

**Phillip G. Young, Jr. 21087**
Printed Name of Attorney for Debtor(s)

**Garfinkle, McLemore & Young, PLLC**
Firm Name

**2000 Richard Jones Rd., Ste. 250**
**Nashville, TN 37215**

_____
Address

**Email: pyoung@gmylaw.com**
**(615) 383-9495  Fax: (615) 292-9848**
Telephone Number

**August 4, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bart W. Howard**
Signature of Authorized Individual

**Bart W. Howard**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 4, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Tennessee Telephone Service, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AT&T Advanced Ad Solutions** <br> **P.O. Box 710909** <br> **Cincinnati, OH 45271-0909** | **AT&T Advanced Ad Solutions** <br> **P.O. Box 710909** <br> **Cincinnati, OH 45271-0909** | | | **79,100.70** |
| **AT&T Advertising** <br> **2247 Northlake Pkwy.** <br> **Tucker, GA 30084-4005** | **AT&T Advertising** <br> **2247 Northlake Pkwy.** <br> **Tucker, GA 30084-4005** | | | **3,091.98** |
| **Bellsouth** <br> **AT&T** <br> **P.O. Box 105262** <br> **Atlanta, GA 30348-5262** | **Bellsouth** <br> **AT&T** <br> **P.O. Box 105262** <br> **Atlanta, GA 30348-5262** | | **Disputed** <br> **Subject to Setoff** | **3,133,768.34** |
| **BeQuick Software, Inc.** <br> **4280 Professional Center Dr., Ste. 200** <br> **Palm Beach Gardens, FL 33410** | **BeQuick Software, Inc.** <br> **4280 Professional Center Dr., Ste. 200** <br> **Palm Beach Gardens, FL 33410** | | | **13,109.35** |
| **Blue Cross Blue Shield of TN** <br> **Receipts Department** <br> **P.O. Box 180172** <br> **Chattanooga, TN 37401-7172** | **Blue Cross Blue Shield of TN** <br> **Receipts Department** <br> **P.O. Box 180172** <br> **Chattanooga, TN 37401-7172** | | | **2,609.01** |
| **BX Solutions** <br> **2511 W. Shaw Ave.** <br> **Fresno, CA 93711** | **BX Solutions** <br> **2511 W. Shaw Ave.** <br> **Fresno, CA 93711** | | | **12,669.12** |
| **CBNA, LLC** <br> **200 Creekside Drive** <br> **Dickson, TN 37055** | **CBNA, LLC** <br> **200 Creekside Drive** <br> **Dickson, TN 37055** | | **Subject to Setoff** | **144,225.07** |
| **CGM, LLC** <br> **101 Vickery Street** <br> **Roswell, GA 30075** | **CGM, LLC** <br> **101 Vickery Street** <br> **Roswell, GA 30075** | | | **7,216.38** |
| **First Call Resolution** <br> **419 NE Winchester St.** <br> **Roseburg, OR 97470** | **First Call Resolution** <br> **419 NE Winchester St.** <br> **Roseburg, OR 97470** | | | **5,000.00** |
| **Henry M. Walker** <br> **Bradley Arant Boult Cummings** <br> **1600 Division St., Ste. 700** <br> **Nashville, TN 37203** | **Henry M. Walker** <br> **Bradley Arant Boult Cummings** <br> **1600 Division St., Ste. 700** <br> **Nashville, TN 37203** | | | **30,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Tennessee Telephone Service, LLC** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Manhattan Group Properties, LLC** P.O. Box 1995 Dickson, TN 37056 | **Manhattan Group Properties, LLC** P.O. Box 1995 Dickson, TN 37056 | | | **6,000.00** |
| **Nuvox Communications** P.O. Box 580451 Charlotte, NC 28258-0451 | **Nuvox Communications** P.O. Box 580451 Charlotte, NC 28258-0451 | | | **5,683.48** |
| **OSG Billing Services** P.O. Box 5895 Englewood, NJ 07631-5895 | **OSG Billing Services** P.O. Box 5895 Englewood, NJ 07631-5895 | | | **10,938.53** |
| **Principal Financial Group** P.O. Box 14513 Des Moines, IA 50306-3513 | **Principal Financial Group** P.O. Box 14513 Des Moines, IA 50306-3513 | | | **4,836.66** |
| **Richard Fridge, CPA** 1907 21st Avenue South Nashville, TN 37212 | **Richard Fridge, CPA** 1907 21st Avenue South Nashville, TN 37212 | | | **2,000.00** |
| **Spartan Staffing** P.O. Box 740435 Atlanta, GA 30374-0435 | **Spartan Staffing** P.O. Box 740435 Atlanta, GA 30374-0435 | | | **2,903.30** |
| **TeleSphere Software, Inc.** 1221 N. Russell Missoula, MT 59808-1898 | **TeleSphere Software, Inc.** 1221 N. Russell Missoula, MT 59808-1898 | | | **4,745.92** |
| **The Bradford Group** 150 Second Avenue N., Suite 305 Nashville, TN 37201 | **The Bradford Group** 150 Second Avenue N., Suite 305 Nashville, TN 37201 | | | **5,010.10** |
| **Unified Arts** 1170 Peachtree St. NE, Suite 550 Atlanta, GA 30309 | **Unified Arts** 1170 Peachtree St. NE, Suite 550 Atlanta, GA 30309 | | | **9,221.43** |
| **Yellowpages.com LLC** P.O. Box 6011441 Pasadena, CA 91189-1141 | **Yellowpages.com LLC** P.O. Box 6011441 Pasadena, CA 91189-1141 | | | **14,838.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 4, 2010** Signature **/s/ Bart W. Howard**
**Bart W. Howard**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

TENNESSEE TELEPHONE SERVICE, LLC
220 CREEKSIDE DRIVE
DICKSON TN 37055

PHILLIP G. YOUNG, JR.
GARFINKLE, MCLEMORE & YOUNG, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215

AT&T ADVANCED AD SOLUTIONS
P.O. BOX 710909
CINCINNATI OH 45271-0909

AT&T ADVERTISING
2247 NORTHLAKE PKWY.
TUCKER GA 30084-4005

ATL TELECOM SERVICES
56825 VENTURE LANE, SUITE 110
SUNRIVER OR 97707

BELLSOUTH
AT&T
P.O. BOX 105262
ATLANTA GA 30348-5262

BEQUICK SOFTWARE, INC.
4280 PROFESSIONAL CENTER DR., STE. 200
PALM BEACH GARDENS FL 33410

BLUE CROSS BLUE SHIELD OF TN
RECEIPTS DEPARTMENT
P.O. BOX 180172
CHATTANOOGA TN 37401-7172

BUTLER NETWORKS
P.O. BOX 291823
NASHVILLE TN 37229-1823

BX SOLUTIONS
2511 W. SHAW AVE.
FRESNO CA 93711

CBNA, LLC
200 CREEKSIDE DRIVE
DICKSON TN 37055

CGM, LLC
101 VICKERY STREET
ROSWELL GA 30075

CINTAS
3400 BRILEY PARK BLVD. N.
NASHVILLE TN 37207-2300

COPIER TECHNICS
2042 RIDGECREST CIRCLE
DICKSON TN 37055

DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
P.O. BOX 5275
CAROL STREAM IL 60197-5275

ELLIS, LAWHORNE & SIMS, PA
P.O. BOX 2285
COLUMBIA SC 29202

FIRST CALL RESOLUTION
419 NE WINCHESTER ST.
ROSEBURG OR 97470

FIRST FEDERAL BANK
P.O. BOX 667
DICKSON TN 37056

GA PUBLIC SERVICE COMMISSION
254 WASHINGTON ST. SW
SUITE 154
ATLANTA GA 30334

GLOBAL CONNECT
5218 ATLANTIC AVENUE
SUITE 300
MAYS LANDING NJ 08330-2003

HENRY M. WALKER
BRADLEY ARANT BOULT CUMMINGS
1600 DIVISION ST., STE. 700
NASHVILLE TN 37203

INNOTECH, LLC
314 HERMITAGE AVENUE
NASHVILLE TN 37210

KANSAS CORP. COMMISSION
1500 SW ARROWHEAD RD.
TOPEKA KS 66604-4027

LANCE J.M. STEINHART, P.C.
1720 WINDWARD CONCOURSE
SUITE 115
ALPHARETTA GA 30005

MANHATTAN GROUP PROPERTIES, LLC
P.O. BOX 1995
DICKSON TN 37056

MITEL LEASING INC.
P.O. BOX 972448
DALLAS TX 75397-2448

NASHVILLE AREA CHAMBER OF COMMERCE
211 COMMERCE STREET, SUITE 100
NASHVILLE TN 37201

NUVOX COMMUNICATIONS
P.O. BOX 580451
CHARLOTTE NC 28258-0451

OFFICE DEPOT
P.O. BOX 633211
CINCINNATI OH 45263-3211

OSG BILLING SERVICES
P.O. BOX 5895
ENGLEWOOD NJ 07631-5895

PREPAID LEGAL SERVICES
P.O. BOX 2629
ADA OK 74821-9984

PRINCIPAL FINANCIAL GROUP
P.O. BOX 14513
DES MOINES IA 50306-3513

R & A SOLUTIONS
722 RUNDLE AVENUE
NASHVILLE TN 37210

REASSURE AMERICA LIFE INSURANCE CO.
P.O. BOX 81556
LINCOLN NE 68501-1556

RICHARD FRIDGE, CPA
1907 21ST AVENUE SOUTH
NASHVILLE TN 37212

SHRED IT NASHVILLE
566 MAINSTREAM DRIVE
SUITE 400
NASHVILLE TN 37228

SPARTAN STAFFING
P.O. BOX 740435
ATLANTA GA 30374-0435

STATE AUTO
P.O. BOX 182738
COLUMBUS OH 43218-2738

TELESPHERE SOFTWARE, INC.
1221 N. RUSSELL
MISSOULA MT 59808-1898

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG.
500 DEADERICK STREET
NASHVILLE TN 37242

THE BRADFORD GROUP
150 SECOND AVENUE N., SUITE 305
NASHVILLE TN 37201

TRANS UNION LLC
P.O. BOX 99506
CHICAGO IL 60693-9506

UNIFIED ARTS
1170 PEACHTREE ST. NE, SUITE 550
ATLANTA GA 30309

WORKZONE
16 W. TOWNSHIP LINE RD.
EAST NORRITON PA 19401

YELLOWPAGES.COM LLC
P.O. BOX 6011441
PASADENA CA 91189-1141